# UNITED STATES DISTRICT COURT

for the

__Eastern__ District of __Kentucky__

_____ Division

Eastern District of Kentucky
**FILED**
APR 26 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

__Travis Morgan Kelly__
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__The Secret Service__
__The United States Department of State__
__The Federal Bureau of Investigation__
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __6:22-CV-88-REW__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: __Travis Kelly__
Street Address: __177 Reverend Gene Young RD__
City and County: __Williamsburg Whitley__
State and Zip Code: __Kentucky 40769__
Telephone Number: __606 521-0328 / 606-308-223__
E-mail Address: __tkelly606@gmail.com__

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: The Secret Service
- Job or Title (if known): Government Agency
- Street Address: # 245 Murray LN SW - BLDG - T5
- City and County: Washington County, District of Columbia
- State and Zip Code: Washington D.C. 20223
- Telephone Number: 202-406-5708
- E-mail Address (if known):

Defendant No. 2
- Name: The United States Department of State
- Job or Title (if known): Government agency
- Street Address: 2201 C Street Northwest
- City and County: Washington County, District of Columbia
- State and Zip Code: Washington D.C. 20520
- Telephone Number: 202-647-4000
- E-mail Address (if known):

Defendant No. 3
- Name: The Federal Bureau of Investigation
- Job or Title (if known): Government Agency
- Street Address: 935 Pennsylvania Avenue
- City and County: District of Columbia
- State and Zip Code: Washington, D.C.
- Telephone Number: 202 324-3000
- E-mail Address (if known):

Defendant No. 4
- Name: Laurel County Sheriffs Department
- Job or Title (if known): Sheriffs Office
- Street Address: 203 S Broad St #1
- City and County: Laurel County London
- State and Zip Code: KY 40741
- Telephone Number: (606) 864-6600
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) **Travis Kelly**, is a citizen of the State of (name) **Kentucky**.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) **Secret Service**, is a citizen of the State of (name) **United States**. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) **Dept of State**, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

~~$~~ ~~$~~ ~~$~~ $ for medical treatment at the plastity Center in 3 states, or treatment for Havana Syndrome at John Hopkins – and compestion for not working

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) August - 2010, at (place) 606 Wise Owl Road, Keavy, KY 40757, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

The Defendents were made aware of Sonic weapons, V2K, being used to torture me & others (Havana Syndrome - Havana Act). While I understand the mystery of weapon, and Doubt I made aware to All 3 I was being tortured and Whom was Doing it. They are still free, & I still hurt.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

10 years of V2K/Havana Syndrome. Multipule hospitilizations, Suicide Attempts, two Deaths (the ppl responsible - still free), a cult in Laurel County (operation logistics to grow) Unstability to work, staged arrests, publication in Dec 2013 of "Me claiming (I was hypnotized) to have killed Vice President under hypnosis (Officer Grimes Knew) I was arrested, beaten - And this was jail - Officer Grimes Knew who was Doing this at the Laurel County Sheriffs Department.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

First the people who committed the Attacks - prosecuted, for crime of the two Deaths they caused. I have been Driven to Almost Suicide, hospilized, incarcenated, forced to use lethal force, unable to work, I have been tortured. Cont on seperate paper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-26-2022

Signature of Plaintiff: *Travis Kelly*
Printed Name of Plaintiff: Travis Kelly

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____